PEOPLE ex rel. SAWYER et al. v. BOARD OF RAILROAD COM'RS OF STATE OF NEW YORK et al. (Supreme Court, Appellate Division, Third Department. May 24, 1907.) Proceedings by the people of the state of New York, on the relation of George P. Sawyer and others, against the board of railroad commissioners of the state of New York and others. No opinion. Motion held for determination until the argument of the writ upon the merits.

PEOPLE ex rel. SLOSSON, Appellant, v. BOARD OF SUP'RS OF WESTCHESTER COUNTY, Respondent. (Supreme Court, Appellate Division, Second Department. June 14, 1907.) Proceedings by the people of the state of New York, on the relation of Harrison T. Slosson, against the board of supervisors of the county of Westchester. No opinion. Motion granted, and order resettled, by awarding the sum of $50 costs. See 102 N. Y. Supp. 402.

PEOPLE ex rel. STEWART et al., Appellants, v. FEITNER et al., Respondents. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Proceedings by the people of the state of New York, on the relation of Lispenard Stewart and another, against Thomas L. Feitner and others. J. M. Bowers, for appellants. G. S. Coleman, for respondents. No opinion. Order affirmed, with costs and disbursements. Order filed. See 104 N. Y. Supp. 794.

PEOPLE ex rel. SUTLIFFE, Respondent, v. HERRMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 21, 1907.) Proceedings by the people of the state of New York, on the relation of Robert S. Sutliffe, against Moses Herrman and others. R. E. T. Riggs, for appellants. S. H. Ordway, for respondent. No opinion. Order affirmed, with costs and disbursements. Order filed.

PEOPLE ex rel. UNION & ADVERTISER CO. v. STALLKNECHT et al. (Supreme Court, Appellate Division, Fourth Department. May 15, 1907.) Proceedings by the people of the state of New York, on the relation of the Union & Advertiser Company, against Joseph Stallknecht and others.

PER CURIAM. Determination confirmed, and writ of certiorari dismissed, with $50 costs and disbursements against relator.

McLENNAN, P. J., and WILLIAMS, J., dissent.

PEOPLE ex rel. WHITE v. BETTS, Justice. (Supreme Court, Appellate Division, Second Department. June 28, 1907.) Proceedings by the people of the state of New York, on the relation of A. A. White, against James A. Betts, as a justice of the Supreme Court holding a Special Term thereof. No opinion. Motion to resettle order denied, with costs.

PETTI, Appellant, v. LEHIGH VALLEY R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 22, 1907.) Action by Michele Petti, as, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs.

PIERCE, BUTLER & PIERCE MFG. CO. v. AMERICAN BONDING CO. OF BALTIMORE. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by the Pierce, Butler & Pierce Manufacturing Company against the American Bonding Company of Baltimore. No opinion. Motion denied, with $10 costs. Order filed.

PIERNO, Appellant, v. H. CLAUSEN & SON BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 21, 1907.) Action by James Pierno, an infant, by Lewis Pierno, his guardian ad litem, against the H. Clausen & Son Brewing Company.

PER CURIAM. Judgment reversed, and new trial granted; costs to abide the event. The questions of the mother's contributory negligence and the defendant's negligence were for the jury.

WOODWARD and JENKS, JJ., dissent.

PIERSON v. HUGHES et al. (Supreme Court, Appellate Division, First Department. May 17, 1907.) Action by J. Fred Pierson against James Hughes and another. No opinion. Application granted. Order signed.

PINKERTON TOBACCO CO., Respondent, v. J. T. DUNN & CO., Appellants. (Supreme Court, Appellate Division, First Department. June 28, 1907.) Action by the Pinkerton Tobacco Company against J. T. Dunn & Co. W. L. Eaton, for appellants. L. F. Doyle, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PITT v. TURBINE ENGINEERING CO. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by William A. Pitt against the Turbine Engineering Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

PLAUT, Respondent, v. GORHAM MFG. CO., et al., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1907.) Action by Isaac S. Plaut, as trustee in bankruptcy, etc., against the Gorham Manufacturing Company and others. J. N. Hayes, for appellants. E. W. Drucker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PLEINES, Respondent, v. DEGLE et al., Apppellants. (Supreme Court, Appellate Division, Second Department. June 7, 1907.) Action by Clara M. Pleines against Franz S. Degle and others. No opinion. Judgment and order affirmed, with costs.

POLLARD, Appellant, v. WORTH, Respondent. (Supreme Court, Appellate Division, Second Department. June 14, 1907.) Action by Frederick E. Pollard against Lewis R. Worth. No opinion. Judgment affirmed, with costs.

POOL, Appellant, v. BENTS, Respondent. (Supreme Court, Appellate Division, Fourth De-